FILED 22 JUL '26 16:14 USDC-ORP

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**WILLIAM M. NARUS, CAB #243633**
First Assistant United States Attorney
William.Narus@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. Case No. ~~6:26-mc-xxxxx-XX~~ 3:26-mc-727-44 |
| **Plaintiff,** | |
| v. | **UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT** |
| **AMIGOS MEXICAN CUISINE & CANTINA LLC and VINOD MEHTA,** | |
| **Defendants.** | |

The United States of America (the "United States"), by and through undersigned counsel, respectfully moves this Court for entry of the Consent Judgment attached hereto as Exhibit 1. Defendants through counsel have advised that they do not oppose this Motion.

The United States entered into a settlement agreement (the "Settlement Agreement") with Amigos Mexican Cuisine & Cantina LLC and Vinod Mehta (the "Defendants"), with an effective date of April 1, 2024. The Defendants were represented by counsel at the time the Settlement

**Unopposed Motion for Entry of Consent Judgment**                                    **Page 1 of 2**

Agreement was signed by the parties and continue to be represented by counsel. Rather than paying the amount agreed to in the Settlement Agreement (the "Settlement Amount") in full, the Defendants committed to make regular monthly payments to the United States over three years. As part of the settlement agreement, the Defendants signed a Consent Judgment, attached hereto as Exhibit 1.

The Defendants have not paid the Settlement Amount and have defaulted on their periodic payments. The United States has informally accommodated alternative payment arrangements including receiving late and partial payments made by the Defendants who represented that they were making a good-faith effort to pay the settlement amount as agreed. The United States issued a Notice of Default on June 16, 2026 and the period to cure the default has expired. The United States now seeks to enter and enforce the Consent Judgment.

Because the Defendants knowingly and voluntarily executed the Consent Judgment while represented by counsel, have defaulted under the Settlement Agreement, and do not oppose the requested relief, entry of the Consent Judgment is appropriate. Accordingly, the United States respectfully moves this Court for entry of the Consent Judgment attached hereto as Exhibit 1.

DATED: July _____, 2026.                 Respectfully submitted,

                                          SCOTT E. BRADFORD
                                          United States Attorney


                                          /s/ William M. Narus
                                          WILLIAM M. NARUS
                                          First Assistant United States Attorney

# Exhibit 1

NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ALEXIS A. LIEN, OSB #110569**
Assistant United States Attorney
alexis.lien@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| AMIGOS MEXICAN CUISINE & CANTINA LLC and VINOD MEHTA, | |
| Defendants. | |

The United States of America and Defendants Amigos Mexican Cuisine & Cantina LLC and Vinod Mehta, having entered into a Settlement Agreement and Promissory Note (the "Settlement Documents") hereby stipulate and consent to the entry of judgment in favor of the United States of America and against Defendants, for the total unpaid principal and accrued interest, fees, and costs outstanding in the event of default under the Settlement Documents.

**Consent Judgment**                                                                 **Page 1**

Execution shall not issue upon this Consent Judgment until such a time that either Defendant defaults on their payments or other obligations set forth in the Settlement Documents. The parties consent to the entry of a final judgment in this case by a United States Magistrate Judge. This judgment may be entered upon the application of either party.

    **IT IS SO AGREED:**

NATALIE K. WIGHT
United States Attorney


ALEXIS A. LIEN                  DATED: 4/1/24
Assistant United States Attorney


VINOD MEHTA                DATED: 3/28/24
Owner/Manager
Amigos Mexican Cuisine & Cantina LLC


APPROVED AS TO FORM AND CONTENT:

JANET HOFFMAN            DATED: 3/28/2024
Attorney for Vinod Mehta and
Amigos Mexican Cuisine & Cantina LLC


**Consent Judgment**                                           **Page 2**